IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDRE LEWIS, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 17-5507 |
| v. | : | |
| ARIA HEALTH, | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 27th day of March, 2018, for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.[1]

**IT IS FURTHER ORDERED THAT** the clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.

---

[1] Although the court references a potential problem with subject-matter jurisdiction in the separately filed memorandum opinion, the plaintiff may re-file this action within the applicable statute of limitations period by paying the full filing fee and administrative fee or submitting an application to proceed *in forma pauperis*. If the plaintiff does so, the clerk of court shall docket the application at a new civil action number.